IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| NIKOLE ANN BAIN,<br><br>              Petitioner,<br><br>v.<br><br>CHIEF WAYNE HANSEN,<br><br>              Respondent. | **MEMORANDUM DECISION &<br>DISMISSAL ORDER**<br><br>Case No. 1:19-CV-44-DAK<br><br>District Judge Dale A. Kimball |

On May 21, 2019, Petitioner's motion to amend her petition was granted. (Doc. No. 5.) Petitioner has still not filed an amended petition.

IT IS THEREFORE ORDERED that Petitioner's action is DISMISSED for failure to prosecute this case. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003).

This action is CLOSED.

DATED this 24th day of October, 2019.

                                BY THE COURT:

                                JUDGE DALE A. KIMBALL
                                United States District Court